(77 South. 999)

Ex parte F. B. FISK COTTON CO. (3 Div. 338.) (Supreme Court of Alabama. Jan. 17, 1918.) Certiorari to Court of Appeals. Petition by the F. B. Fisk Cotton Company for certiorari to the Court of Appeals to review and reverse the judgment of that court in the case of Albany Warehouse Company v. F. B. Fisk Cotton Company, 76 South. 988, reversing the judgment of the lower court. Writ denied. See, also, 12 Ala. App. 527, 67 South. 728; 191 Ala. 661, 67 South. 1017. Steiner, Crum & Weil, of Montgomery, for appellant.

GARDNER, J. Petition of the F. B. Fisk Cotton Company for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of Albany Warehouse Co. v. F. B. Fisk Cotton Co., 76 South. 988.

reversing the judgment of the lower court. Writ denied.